# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER GRIGOROVICH, | ) | |
| Petitioner, | ) | Civil Action No. 12-738 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| SECRETARY WETZEL, *et. al.*, | ) | |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 7, 2015, the Magistrate Judge issued a Report (Doc. 15) recommending that the petition for a writ of habeas corpus, and the certificate of appealability, be denied. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Petition of Walter Grigorovich for a writ of habeas corpus (**Doc. 1**) is **DISMISSED** and a certificate of appealability is **DENIED**. The Report and Recommendation of the Magistrate Judge, dated April 7, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


May 14, 2015
                                                                                                         s\Cathy Bissoon
                                                                                                            Cathy Bissoon
                                                                                                            United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

**WALTER GRIGOROVICH**
FW-5589
SCI Laurel Highlands
5706 Glades Pike
PO Box 631
Somerset, PA 15501-0631